UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                   Case No. 99-CR-3

JEFFREY DAHLMAN,

        Defendant.

_____

**ORDER**

_____

        The government has notified the court that the issue of restitution in this case has been resolved. Therefore, the court ORDERS that the contempt hearing scheduled for April 28, 2005, is removed from the court's calendar.

        Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin this 28th April, 2005.

        BY THE COURT:

        s/Thomas J. Curran
        THOMAS J. CURRAN
        UNITED STATES DISTRICT JUDGE